UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT S. HUGGINS,

    PLAINTIFF,

v.                                        Case No. 06-12036

U.S. DEPT. OF LABOR                        Honorable Sean F. Cox
OWCP. DFEC CENTRAL MAIL ROOM
DIST. 9 P.O. BOX 8300
LONDON, KY 40742
_____/

## ORDER CLOSING CASE

        Acting *pro se*, Plaintiff Robert S. Huggins ("Plaintiff") filed this action against the United States Department of Labor on May 3, 2006.

        On January 16, 2007, the United States Department of Labor ("the Department of Labor") filed a Motion to Dismiss. That Motion noted that in this action Plaintiff, a former federal employee, seeks to challenge the Secretary of Labor's decision to terminate his disability compensation pursuant to the Federal Employee's Compensation Act ("FECA"), 5 U.S.C. §8101 *et seq.* The Department of Labor moved to dismiss this action because this Court lacks subject matter jurisdiction. As explained in the Department of Labor's motion, FECA provides several avenues for administrative review. FECA, however, expressly bars judicial review of administrative determinations such as the one Plaintiff seeks to challenge in this action. 5 U.S.C. §8128(b).

        After the Department of Labor filed its Motion to Dismiss, the parties entered into a "Stipulation of Dismissal with Prejudice" wherein the parties stated that they "hereby stipulate to

the entry of an order dismissing this case with prejudice and without costs or attorney's fees to either side." Accordingly, this Court dismissed this action with prejudice on February 2, 2007.

Nevertheless, Plaintiff has continued to file motions in this case. On March 22, 2007, Plaintiff filed: 1) a "Motion for Courts Intervention of Prior Workers Compensation Decision" [Docket Entry No. 19] and 2) a "Motion to Stay" [Docket Entry No. 20].

**IT IS HEREBY ORDERED** that, because this action has already been dismissed with prejudice, this action is **CLOSED**. The above referenced motions are therefore **DENIED** and Plaintiff is advised that the Court will not consider any further motions or submissions in this case.

**IT IS SO ORDERED**.

        s/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: May 3, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 3, 2007, by electronic means and upon Robert S. Huggins via U. S. mail at the address below:

**Robert S. Huggins**
1303 Annabelle
Detroit, MI 48217

        s/Jennifer Hernandez
        Case Manager